■ PIERRETTE BAHNKEN, Plaintiff, v DANCE SOIREE, INC., Defendant and Third-Party Plaintiff-Respondent, and GARDEN JEWISH CENTER OF FLUSHING, INC., Respondent. JOHN W. DOLAN, Jr., Doing Business as JOHN DOLAN INSURANCE AGENCY, Third-Party Defendant-Appellant, et al., Third-Party Defendant. [639 NYS2d 705] —In an action to recover damages for personal injuries, the third-party defendant John W. Dolan, Jr., d/b/a John Dolan Insurance Agency appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated July 27, 1994, which denied his motion to sever the third-party action from the main action.

Ordered that the order is affirmed, with costs.

It appears that the court intends to try the third-party action first, so as to determine the question of insurance coverage. Thus, we see no improvident exercise of the court's discretion in denying the motion to sever the third-party action (*see,* CPLR 603; *see also, Harris v Manos,* 181 AD2d 967). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.